**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ANTHONY ROSHON ROBERTS                                                    PLAINTIFF

V.                                    No. 1:17CV00124 JLH/JTR

JAN TUCKER, Commissary Clerk,
Grimes Unit, ADC, *et al.*                                                 DEFENDANTS

<u>**JUDGMENT**</u>

  Pursuant to the Order entered separately today, this case is dismissed without prejudice.

This action is terminated, and the Court certifies that an *in forma pauperis appeal* would not be

taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

  IT IS SO ORDERED this 1st day of May, 2018.


_____
UNITED STATES DISTRICT JUDGE